DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor TD Bank. N.A.

Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PHILIP F. AVILA
aka Philip F. Avila, Jr.

    Debtors.

Case No.: 13-33818-JNP

Judge: Hon. Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER GRANTING MOTION TO REDACT

The relief set forth on the following page is **ORDERED.**

DATED: March 24, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 11-1 filed on February 20, 2014 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Philip F Avila  
    Debtor

Case No. 13-33818-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 24, 2020  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.  
db    +Philip F Avila,   1105 Garfield Avenue,   Cherry Hill, NJ 08002-1026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

    Angela Catherine Pattison   on behalf of Creditor   US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Seri apattison@hillwallack.com, hwbknj@hillwallack.com  
    Denise E. Carlon   on behalf of Creditor   US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Seri bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
    Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
    Jason Brett Schwartz   on behalf of Creditor   BMW Bank of North America jschwartz@mesterschwartz.com  
    Joseph Gunnar Devine, Jr   on behalf of Creditor   TD Bank N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
    Karina Velter   on behalf of Creditor   RBS Citizens, N.A. Velter.karina@gmail.com  
    Nona Ostrove   on behalf of Creditor   Sturbridge Lakes Association nostrove@ostrovelaw.com  
    Robert Braverman   on behalf of Debtor Philip F Avila robert@bravermanlaw.com, tcuccuini@mcdowelllegal.com;rbraverman@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com

    TOTAL: 8